# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

147105

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 147105
                                     COA: 314898

LORENZO EDWARD ANTHONY,
      Defendant-Appellant.
                                     Wayne CC: 08-011286-FC

_____/

On order of the Court, the application for leave to appeal the April 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



                                             Clerk

p0826